No. 10–8377.  HOLLOWAY *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 10–8379.  NGUYEN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 10–8380.  NICK *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 10–8383.  RILEY *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 10–8385.  KILGORE *v.* JARVIS, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 10–8388.  GUERRA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–8398.  GHOLIKHAN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 10–8399.  GOMEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–8402.  FIELDS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–8406.  HODGE ET UX. *v.* CALVERT COUNTY, MARYLAND, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–8407.  WEST *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–8408.  WOOD *v.* DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 10–8410.  BOYD *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–8411.  BELTRAN-HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 10–8413.  DEMBRY *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.